IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEVIN M. PARHAM, SR.,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

No. C 09-00642 JSW

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On February 12, 2009, Plaintiff filed his Complaint in this matter. On June 30, 2009, Defendant filed an answer. Pursuant to Northern District Civil Local Rule 16-5, Plaintiff's motion for summary judgment or motion for remand was due on or about July 30, 2009. No such motion has been filed. Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE why this case should not be dismissed without prejudice for failure to prosecute.

Plaintiff's response to this Order to Show Cause shall be due by no later than October 16, 2009. If Plaintiff fails to respond to this Order, the Court shall dismiss this case without prejudice without further notice to Plaintiff.

Plaintiff is HEREBY ADVISED that a Handbook for Pro Se Litigants, which contains helpful information about proceeding without an attorney, is available through the Court's website or in the Clerk's office. Plaintiff may wish to seek assistance from the Legal Help Center. Plaintiff may call the Legal Help Center at 415-782-9000, extension 8657, or sign up on

//

//

the 15th Floor of the Courthouse, Room 2796, for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED.**

Dated: September 29, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KEVIN M. PARHAM, SR.,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY et al,

    Defendant.

Case Number: CV09-00642 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 29, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kevin M. Parham
4232 Suter Street
Oakland, CA 94619

Dated: September 29, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk