IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEVIN M. PARHAM, SR.,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

No. C 09-00642 JSW

**ORDER OF DISMISSAL**

On February 12, 2009, Plaintiff filed his Complaint in this matter. On June 30, 2009, Defendant filed an answer. Pursuant to Northern District Civil Local Rule 16-5, Plaintiff's motion for summary judgment or motion for remand was due on or about July 30, 2009. Plaintiff did not file a motion for summary judgment or motion for remand by that date. On September 29, 2009, the Court issued an Order directing Plaintiff to show cause why this case should not be dismissed without prejudice for failure to prosecute. Plaintiff's response was due on October 16, 2009. Plaintiff did not file a response to the Order to Show Cause. The Court advised Plaintiff that if he failed to respond to the Order to Show Cause, the matter would be dismissed without prejudice without further notice to Plaintiff. Accordingly, this matter is dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: October 21, 2009

                                                 JEFFREY S. WHITE
                                               UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN M. PARHAM, SR., | Case Number: CV09-00642 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY et al, | |
| Defendant. / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 21, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kevin M. Parham
4232 Suter Street
Oakland, CA 94619

Dated: October 21, 2009

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

**United States District Court**
For the Northern District of California